IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID NAUGHTON, | § | |
| | § | No. 540, 2016 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1306023761A |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 8, 2017
Decided: May 11, 2017

**O R D E R**

This 11th day of May 2017, it appears to the Court that the Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file the opening brief and appendix. The appellant received the notice to show cause on April 25, 2017, and has not responded to the notice within the required ten-day period. Accordingly, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice